UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21897-CIV-SINGHAL

RONALD GOLDSTEIN,

    Plaintiff,

v.

CHICK-FIL-A, INC.,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal filed by the parties. (DE [54]). The Court having reviewed the Stipulation of Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** with each party to bear its own fees and costs. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 19th day of April 2024.

                                                          RAAG SINGHAL
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF